UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANGELA EVERSON RAY, *et al.*,

    Plaintiffs,

v.                                        Civil Action 2:21-cv-4378
                                            Judge Sarah D. Morrison
                                            Magistrate Judge Chelsey M. Vascura

ELAINE BRYANT, *et al.*,

    Defendants.

## ORDER

    Defendants commenced proceedings in this Court by filing a Notice of Removal from the Court of Common Pleas for Franklin County, Ohio on September 9, 2021, along with a notice of compliance under the removal statue and a copy of Plaintiffs' state court complaint. (ECF Nos. 1–3.) None of these documents contains a certificate of service, and the Court is unable to discern whether Defendants served Plaintiffs with any of these documents. Counsel for Plaintiffs is not credentialed in the Court's CM/ECF system, so there is no indication that she received service electronically. Defendants are **DIRECTED** to ascertain whether their filings were properly served, and if not, to serve them. For each filing, Defendants are **DIRECTED** to file on the docket a Certificate of Service that complies with Federal Rule of Civil Procedure 5(d) and Southern District of Ohio Civil Rule 5.2(a) **WITHIN 7 DAYS** of the date of this Order.

    IT IS SO ORDERED.

                                                            /s/ *Chelsey M. Vascura*
                                                             CHELSEY M. VASCURA
                                                             UNITED STATES MAGISTRATE JUDGE